**Opinion issued April 2, 2019**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-19-00106-CV**

———————————

**IN RE JACK W. SESSUMS, JR., Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Jack W. Sessums, Jr., has filed a petition for writ of mandamus, seeking an order to reverse the trial court's temporary restraining order.[1]

We **deny** relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We withdraw our February 15, 2019 order granting a stay.

---

[1] The underlying case is *In re Estate of Mary Hill, Deceased*, cause number PR 0079203, pending in the Probate Court of Galveston County, Texas, the Honorable Kimberly Sullivan presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.